UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAROLD JAMES CARGILL,

    Plaintiff,                                      Civil Action No. 11-CV-11360

vs.                                             HON. BERNARD A. FRIEDMAN

LLOYD RAPELJE,

    Respondent.
_____/

## J U D G M E N T

The Court has issued an order denying the petition in this matter for a writ of habeas corpus. Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for respondent and against petitioner.

                                                           DAVID J. WEAVER
                                                            CLERK OF COURT

                                                           By: s/ Michael Williams
                                                               Deputy Clerk

Approved: s/ Bernard A. Friedman
            BERNARD A. FRIEDMAN
            SENIOR U.S. DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 8, 2013 electronically or by U.S. mail.

                                                              s/ Michael Williams
                                                               Deputy Clerk